EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA<br>☒ EEOC | 511-2020-02318 |

**FLORIDA COMMISSION ON HUMAN RELATIONS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MS. LARTRECIA DAVIS | (813) 557-7616 | 1966 |

Street Address: P.O. BOX 13264, TAMPA, FL 33681

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| MAXIM HEALTHCARE | 15 - 100 | (410) 910-1392 |

Street Address: HEADQUARTERS, 7227 LEE DEFOREST DR, COLUMBIA, MD 21046

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 02-17-2020   Latest: 02-17-2020
☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I. PERSONAL HARM:
I began my employment with the above Respondent on or about February 8, 2018, most recently, as a National Recruitment Manager (NRM) with the Travel Division for Maxim Healthcare Staffing. Throughout my employment, I never had any disciplinary issues pertaining to my performance or productivity as an 'NRM'. On multiple occasions I was subjected to unequal terms and conditions of employment due to my race and sexual orientation. I was publicly made fun of, by way of homosexual jokes being levied directly at me, by a heterosexual male on my team at the time. His blatantly disrespectful and embarrassing jokes, on the work floor during open office hours, were so egregious that Human Resources received a call from another staff person who witnessed the incident. I was later interviewed by HR, as well as other NRM witnesses, and after a few more weeks of no action but against the wishes of the management team, I was transferred to a different team. Immediately following that episode, I was sexually harassed by another White, female coworker who worked in a different department, of the Travel Division, in the same office location. After refusing her advances and many attempts of sharing with her that I had no interest in her as anything more than a coworker, she sent dozens of harassing texts and left a note on

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Lartrecia Davis on 05-19-2020 03:30 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 511-2020-02318 |
| FLORIDA COMMISSION ON HUMAN RELATIONS | | and EEOC |
| *State or local Agency, if any* | | |

my car, while parked in our public staff parking area. She would also go on to attempt to kiss, while at work in an open area during work hours. While requesting assistance in dealing with the inappropriateness, I repeatedly told my (new) manager and showed him the many texts and photos I received from her. He told me 'to just get over it'. It wasn't until her manager was made aware that HR became involved. In a scheduled meeting with Regional HR, both of our managers and the coworker, my supervisor stated 'we all just want everyone to get back to work and be happy'. The coworker added, 'yeah I don't see what the issue is'. My concerns were dismissed. That manager also opted to exclude me from a corporate meeting where the top two producers are chosen. He chose the White female who had never performed better than I. On multiple occasions, he directly contributed to my production being incorrectly reported thereby directly effecting my productivity goals. I would repeatedly email but only after I would copy another manager would he make a vale attempt to act or make changes. More times than not he would simply say 'it's been too long s t's to late to do anything', when in fact his intentional delays were the cause of the correct credit not being attributed to me. In many other cases, which I have documented and have copies of, he would go back months and give thousands of dollars of productivity and commission credit to my heterosexual, male team members. When I would repeatedly ask for missing commission and corrected productivity, he actually took me out to lunch and then proceeded to threaten me with termination 'if I continued to request my unpaid wages owed or continue complaining'. He stated that the 'Director of Travel is beginning to get pissed off at the repeated questions'. On 2/12/20 he named two new team lead promotions. Both chosen are heterosexual and White and with lower overall production than I. One is an under- performing heterosexual, White female with no formal education. She and I started on the same day. To date, she still has never met her annual budget. I exceeded mine both years. The 2nd is a heterosexual, White male, who just started in September 2019 and also has no recruiting experience or educational credentials. His brother is a longtime Maxim NRM. The top two producers of that team were both Black females. Neither, me nor the other minority NRM who has been the #1 producer for the team were promoted. In this company's history, in their Travel Division specifically, there has NEVER been a minority or LGBTQ manager in this division. This division call their managers, Regional Operations Manager (ROM). During the company's corporate meeting (that I referenced earlier) that was held in Texas, was opened by a op executive stating and admitting, to the entire crowd of attendees, that 'Maxim has a diversity problem'.

II.     RESPONDENTS REASON (S) FOR ADVERSE ACTION(S):
No reason never given a procedural and company policy reason, verbally or in writing,  for being overlooked for promotion except that my supervisor said our 'numbers' have to warrant it but my numbers were higher than both of my White, heterosexual peers that were promoted. In regards to the other acts of threats, intimidation and discrimination he said I needed to 'just drop it' when I complained about him and his behaviors. I was given no legitimate reason(s) for any of the other actions listed.

III.     DISCRIMINATION STATEMENT:
I believe I have been discriminated against based on my Race (Black)  and Sex (Sexual Orientation) violation of Title VII of the Civil Rights Act of 1964, as amended.

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Lartrecia Davis on 05-19-2020 03:30 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.